

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00687-CV

**IN THE INTEREST OF J.A.R.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01303
Honorable Peter A. Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, counsel's motion to withdraw is DENIED, and the order of the trial court is AFFIRMED.

SIGNED March 22, 2019.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice